```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 26595
   TELLY GIBSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5822


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/03/2008 and was not confirmed.

     The case was dismissed without confirmation 02/02/2009.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                            PAID             PAID
--------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP    SECURED VEHIC       4300.00          .00              .00
CREDIT ACCEPTANCE CORP    UNSECURED           2108.17          .00              .00
AMERICREDIT FINANCIAL SV  UNSECURED          11654.93          .00              .00
FIRST FINANCIAL PORTFOLI  UNSECURED            803.77          .00              .00
ASSET ACCEPTANCE LLC      UNSECURED            980.72          .00              .00
ASSET ACCEPTANCE LLC      UNSECURED            107.30          .00              .00
BEST BUY                  UNSECURED         NOT FILED          .00              .00
LVNV FUNDING              UNSECURED            261.68          .00              .00
ECAST SETTLEMENT CORP     UNSECURED           1523.30          .00              .00
SALLIE MAE/UNITED STUDEN  UNSECURED          18501.27          .00              .00
CITIBANK NA               UNSECURED         NOT FILED          .00              .00
CITIBANK NA               UNSECURED         NOT FILED          .00              .00
CITIBANK NA               UNSECURED         NOT FILED          .00              .00
CITIBANK NA               UNSECURED         NOT FILED          .00              .00
CITIBANK NA               UNSECURED         NOT FILED          .00              .00
CITIBANK NA               UNSECURED         NOT FILED          .00              .00
CITY OF CHICAGO DEPT OF   UNSECURED           2920.00          .00              .00
DIRECTV                   UNSECURED         NOT FILED          .00              .00
PEOPLES GAS               UNSECURED         NOT FILED          .00              .00
ILLINOIS DEPT EMPLOYMENT  UNSECURED         NOT FILED          .00              .00
EMERGENCY ROOM CARE PROV  UNSECURED         NOT FILED          .00              .00
EMERGENCY ROOM CARE PROV  UNSECURED         NOT FILED          .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           1220.14          .00              .00
PAYDAY LOAN STORE         UNSECURED         NOT FILED          .00              .00
PRA RECEIVABLES MGMT      UNSECURED            137.55          .00              .00
PRA RECEIVABLES MGMT      UNSECURED            154.48          .00              .00
TCF BANK                  UNSECURED         NOT FILED          .00              .00
TCF BANK                  UNSECURED         NOT FILED          .00              .00
RMI/MCSI                  UNSECURED             50.00          .00              .00
US DEPT OF EDUCATION      UNSECURED          11738.91          .00              .00
SOUTH SHORE BEACH APTS    NOTICE ONLY       NOT FILED          .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         3,474.00                          .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00


                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 26595 TELLY GIBSON
```

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                         ---------------       ---------------
TOTALS                         .00                      .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/05/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 26595 TELLY GIBSON